IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01700-NYW

MARY T. CHARNEY,

      Plaintiff,

v.

UNITED AIRLINES, INC.

      Defendant.

---

**DEFENDANT'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS TO
EXHIBITS C & D TO ITS MOTION FOR SUMMARY JUDGMENT**

---

Defendant United Airlines, by and through its counsel, and pursuant to D.C.COLO.LCiv.R 7.2, hereby moves for entry of an Order restricting public access to the enclosed documents, Exhibits C & D to its Motion Summary Judgment, and as grounds therefore, states as follows:

**CERTIFICATE OF COMPLIANCE WITH D.C. COLO.LCiv.R 7.1**

Plaintiff advised that she does not oppose the relief requested herein.

1.     Defendant is filing its Motion for Summary Judgment simultaneously with the filing of this Motion. Exhibits C & D submitted in support of its Motion for Summary Judgment contain proprietary information and are subject to the Stipulated Protective Order entered in this case on July 31, 2019 [Doc No. 19]. The nature of the documents at issue requires that public access be restricted and that access be limited to the parties and the Court – Level 1.  If access to

these documents is not restricted, Defendant will be prejudiced as the exhibits contain confidential propriety information that may improperly annoy, embarrass or oppress Defendant.

2.      Exhibit C to Defendant's Motion for Summary Judgment is a copy of portions of Defendant's Working Together Guidelines stamped CONFIDENTIAL pursuant to the Stipulated Protective Order entered in this case.

3.      Exhibit D to Defendant's Motion for Summary Judgment is a copy of portions of Defendant's Employee's Guide to Workers' Compensation – Catering Operations stamped CONFIDENTIAL pursuant to the Stipulated Protective Order entered in this case.

4.      Legitimate interests in terms of maintaining the confidentiality of the information contained in Exhibits C & D will be seriously compromised if this Motion is not granted.  There is no less restrictive alternative to the relief sought herein.

5.      Thus, Defendant requests that access to Exhibit C & D be limited to the parties and the Court - Level 1.  The relief sought herein will not prejudice any party.  All information required by D.C.COLO.LCivR 7.2(c) is set forth herein.

6.      Defendant files the proposed restricted filings in accordance with D.C.COLO.LCivR 7.2(e).

WHEREFORE, Defendant United Airlines respectfully requests this Court enter an Order granting its Motion to Restrict Public Access to Exhibits C & D to its Motion for Summary Judgment.

Dated this 8th day of May 2020.

Respectfully submitted,

*s/William T. O'Connell, III*
William T. O'Connell, III
Wells, Anderson & Race, LLC
1700 Broadway, Suite 1020
Denver, CO 80290
T: 303-830-1212
Email: woconnell@warllc.com

**ATTORNEYS FOR DEFENDANT UNITED AIRLINES, INC.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 8, 2020, a true and correct copy of the above and foregoing **DEFENDANT'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS TO EXHIBITS C & D TO ITS MOTION FOR SUMMARY JUDGMENT**, and corresponding exhibits, were electronically served to the following email address:

**Via Email**
Mary T. Charney
1880 South Cascade Avenue
Colorado Springs, CO 80905
Email: marytcc@msn.com
*Pro Se Plaintiff*

*S/ April Barrett*
April Barrett
Email: abarrett@warllc.com